**Martin MARINOFF, Plaintiff–Appellant,**

v.

**Douglas DUNCAN, Executive Officer, Montgomery County Government, Defendant–Appellee.**

No. 01–1066.

United States Court of Appeals, Fourth Circuit.

Submitted May 17, 2001.

Decided May 22, 2001.

Martin Marinoff, pro se. Linda B. Thall, Senior Assistant County Attorney, Rockville, MD, for appellee.

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

PER CURIAM.

Martin Marinoff appeals the district court's order granting Defendant's motion for summary judgment in Marinoff's action under the Americans with Disabilities Act. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Marinoff v. Duncan*, No. CA–00–2010–JFM (D.Md. Dec. 7, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*